UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Mark Galvin,et al.</u>

    v.                                          Civil No. 12-cv-320-JL

<u>EMC Mortgage Corporation, et al.</u>

### **O R D E R**

The court has undertaken active consideration of the defendants' motion to dismiss the petitioner's verified *ex parte* petition for preliminary injunction, declaratory judgment and damages (document no. 10). If there is any reason that the court should not actively consider the motion at this time (such as an imminent settlement or planned, potentially successful mediation), counsel are requested to notify the Deputy Clerk on or before **December 19, 2012**. If no such notification is made, the court will schedule oral argument on the motion.

**SO ORDERED.**

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge

Dated: December 12, 2012

cc: Paul J. Alfano, Esq.
    Peter G. Callaghan, Esq.