UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MARK B. GALVIN
JENNY GALVIN

    Plaintiffs,

v.

EMC MORTGAGE CORPORATION,
ET AL

    Defendants

Civil Action No. 1:12-CV-00320-JL

## AFFIDAVIT OF PETER G. CALLAGHAN

I, PETER G. CALLAGHAN, being first duly sworn, do hereby depose and state as follows:

1. I am counsel to Defendants in the above-entitled matter. I am over the age of eighteen and I give this Affidavit based on my personal knowledge.

2. Attached as Exhibit A is a true and accurate copy of the original Note provided to me by JPMorgan Chase Bank, N.A.

3. Attached as Exhibit B is a true and accurate copy of the original Mortgage provided to me by JPMorgan Chase Bank, N.A.

4. Attached as Exhibits C, D, E, G, H, I, J, K and L are true and accurate copies of documents produced by Plaintiffs in discovery in this litigation.

5. Attached as Exhibit F is a true and accurate copy of the Assignment of Mortgage recorded at the Rockingham County Registry of Deeds at Book 5112 Page 754.

1

6370676.1

6. Attached as Exhibit M is a copy of the Assignment and Assumption Agreement provided to me by JPMorgan Chase Bank, N.A.

FURTHER AFFIANT SAITH NOT.

Dated: February 26, 2014    /s/ *Peter G. Callaghan*
　　　　　　　　　　　　　　Peter G. Callaghan, Esquire

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

Before me on this 26th day of February 2014 personally appeared the above-subscribed Peter G. Callaghan, and made oath that the statements contained are true and correct to the best of his knowledge, information and belief.

/s/ *Angela S. Snell*
Notary Public

My Commission Expires:  11/9/2016