UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MARK B. GALVIN<br>JENNY GALVIN<br><br>      Plaintiffs,<br><br>v.<br><br>EMC MORTGAGE CORPORATION,<br>ET AL<br><br>      Defendants. | Civil Action No. 1:12-CV-00320-JL |

### AFFIDAVIT OF CATHERINE B. COSGROVE

I, CATHERINE B. COSGROVE, being first duly sworn, do hereby depose and state as follows:

1. I am counsel to Defendants EMC Mortgage Corporation ("EMC"), JPMorgan Chase Bank, N.A. ("JPMorgan"), Mortgage Electronic Registration Systems, Inc. ("MERS") and Bank of New York Mellon, Trustee ("Mellon") (collectively, the "Defendants") in the above-entitled matter. I am over the age of eighteen and I give this Affidavit based on my personal knowledge.

2. Attached as Exhibit O is a true and accurate copy of the list of national banks regulated by the Office of the Comptroller of the Currency, active as of January 31, 2014, printed from the Office of the Comptroller of the Currency website on February 26, 2014.

FURTHER AFFIANT SAITH NOT.

Dated: February 26, 2014                    /s/ Catherine B. Cosgrove
                                            Catherine B. Cosgrove, Esquire

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

Before me on this 26th day of February 2014 personally appeared the above-subscribed Catherine B. Cosgrove, and made oath that the statements contained are true and correct to the best of her knowledge, information and belief.

                                            /s/ Misty L. Gillis
                                            Notary Public

                                            My Commission Expires: April 14, 2015